*THIS IS AN IMPORTANT RECORD*
*SAFEGUARD IT.*

**PERSONAL DATA**

1. LAST NAME-FIRST NAME-MIDDLE NAME: LOCKWOOD, Bryce Franklin
2. SERVICE NUMBER: N/A
3. SOCIAL SECURITY NUMBER: 087 | 32 | 39 88
4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS: USMC
5a. GRADE, RATE OR RANK: GySgt
b. PAY GRADE: E7
6. DATE OF RANK: DAY 01 MONTH 04 YEAR 70
7. U. S. CITIZEN: [X] YES [ ] NO
8. PLACE OF BIRTH (City and State or Country): Afton, New York
9. DATE OF BIRTH: DAY 19 MONTH 12 YEAR 39

**SELECTIVE SERVICE DATA**

10a. SELECTIVE SERVICE NUMBER: N/A
b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE: N/A
c. DATE INDUCTED: DAY MONTH YEAR N/A

**TRANSFER OR DISCHARGE DATA**

11a. TYPE OF TRANSFER OR DISCHARGE: Discharged
b. STATION OR INSTALLATION AT WHICH EFFECTED: Company "H" MarSptBn Homestead AFB, Florida 33030
c. REASON AND AUTHORITY: "273-Physical disability with entitlement to receive severance pay. VA Codes 5009-5002, Para 6011 MARCORSEPMAN & CMC 131542Z Jun72"
d. EFFECTIVE DATE: DAY 30 MONTH 06 YEAR 72
12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: Company "H" MarSptBn Homestead AFB, Florida 33030
13a. CHARACTER OF SERVICE: HONORABLE
b. TYPE OF CERTIFICATE ISSUED: DD 256 MC
14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED: N/A
15. REENLISTMENT CODE: RE-3P

**SERVICE DATA**

16. TERMINAL DATE OF RESERVE OBLIGATION: DAY MONTH YEAR N/A
17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION
a. SOURCE OF ENTRY: [ ] ENLISTED (First Enlistment) [ ] ENLISTED (Prior Service) [X] REENLISTED [ ] OTHER
b. TERM OF SERVICE (Years): 04
c. DATE OF ENTRY: DAY 15 MONTH 06 YEAR 68
18. PRIOR REGULAR ENLISTMENTS: 02
19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC: SSgt (E6)
20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State): Bremerhaven, Germany
21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code): 2 Pleasant Ave., Afton, Chenango, New York 13730

22. STATEMENT OF SERVICE

| | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 04 | 00 | 16 |
| | (2) OTHER SERVICE | 09 | 02 | 14 |
| | (3) TOTAL (Line (1) plus Line (2)) | 13 | 03 | 00 |
| b. TOTAL ACTIVE SERVICE | | 13 | 03 | 00 |
| c. FOREIGN AND/OR SEA SERVICE | | 01 | 07 | 01 |

23a. SPECIALTY NUMBER & TITLE: 2574 - Cryptling
b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER: Translator, Radio Communications 137.288

24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED:
Silver Star; Combat Action Ribbon; Vietnam Campaign Medal w/(60-); Navy Unit Citation; Good Conduct Medal w/3 stars; Vietnam Service Medal w/3 stars; Meritorious Unit Citation; Vietnam Meritious Unit Citation

25. EDUCATION AND TRAINING COMPLETED:
1 Year College GED

MCI, WASHDC - 3.5 Rocket Launcher & Portable Flame Thrower - 1969
MCI, WASHDC - Protection Against Chemical Attack - 1970
MCI, WASHDC - Construction Blueprint Reading I & II - 1972
Univ of Maryland - History 182 - Jan68
Univ of Maryland - Money & Banking - Mar71

**VA AND EMP. SERVICE DATA**

26a. NON-PAY PERIODS/TIME LOST (Preceding Two Years): None
b. DAYS ACCRUED LEAVE PAID: 25 days
27a. INSURANCE IN FORCE (NSLI or USGLI): [ ] YES [X] NO
b. AMOUNT OF ALLOTMENT: $ N/A
c. MONTH ALLOTMENT DISCONTINUED: N/A
28. VA CLAIM NUMBER: C-
29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE: [ ] $10,000 [ ] $5,000 [ ] NONE

**REMARKS**

30. REMARKS:
Item 25 con't: Univ of Maryland - Modern Europe 1815 to Pres - May71
Additional MOS 2573 Trafanal - Cryptanalyst 199.288
Additional MOS 2571 SplRadOpr - Radio Intelligence Operator 193.288
Good Conduct Medal period commences 1Apr71
Service in Vietnam: 3Mar69 - 19Feb70
Paid disability severance pay in the amount of $15,710.84

**AUTHENTICATION**

31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code): ~~Rural Route 1, Iola, Allen,~~ 29945 SW 169 Ct., Homestead, Dade, Florida 33030
32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: Bryce F. Lockwood
33. TYPED NAME, GRADE AND TITLE OF AUTHORIZED OFFICER: D. E. ELKINS, CAPTAIN, USMC ACTING
34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: D. E. Elkins

DD FORM 214 MC (1900), JUL 66 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE — ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE — S/N 0102-002-0000 — SR/OQR OR HQMC-2