Standard Form 513
Rev. August 1954
Promulgated
By Bureau of the Budget
Circular A—32

17 Jan 1800 3503

**CLINICAL RECORD** | **CONSULTATION SHEET**

**REQUEST**

TO: Plastic Surgery - Landstuhl

FROM: (Requesting ward, unit, or activity) - Bremerhaven

DATE OF REQUEST: 10 Jan

REASON FOR REQUEST (Complaints and findings)

Pt was injured during attack on USS Liberty. Now has scars + tatooing of face. Pt desires consideration for dermabrasion. Please see evaluate + Rx if indicated

PROVISIONAL DIAGNOSIS

Tatooing

DOCTOR'S SIGNATURE: [signature]

APPROVED

PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL

☐ EMERGENCY ☐ ROUTINE

**CONSULTATION REPORT**

16 Jan 68: Plastic Surg Svc, USAGH, Landstuhl

Pt. has traumatic tattooing of face, very similar to black powder burns. It is my considered opinion that this man cannot get enough overall improvement to justify surgery, although I consider the consultation request perfectly reasonable.

[signature] Lt Col MC

(Continued on reverse side)

SIGNATURE AND TITLE | DATE | IDENTIFICATION NO. | ORGANIZATION

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

Bryce F. Lockwood 6/SGT
Co F
155-98-56 / 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

REGISTER NO. | WARD NO.

**CONSULTATION SHEET**
Standard Form 513

AGL (1) 8-64-150M-99500