

Lockwood, Bryce
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
5-20-99

~~C-28-116-31~~
33-656-713

Rec'd from VARO - ... MO

COPIED FROM VETERAN'S C-FILE
VARO ST. LOUIS, MO