ORIGINAL

FORM 2
COVER SHEET

RECEIVED
JUL 27 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

Cover Sheet

06-543 C

Plaintiff(s) or Petitioner(s) Bruce E. Lockwood

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): William J. Kenney

Firm Name: Solo Practicioner

Post Office Box: c/o HART/HTC

Street Address: 600 Pennsylvania Ave, S.E.-Suite 105

City-State-Zip: Washington, D.C. 20003

Telephone & Facsimile Numbers: Tel: 202-547-5129 / Fax: 202-547-8311

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

NO, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 3 5 2

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain

Agency Identification Code: N A V

See attached sheet for three digit codes

Amount Claimed: $150,000.00

Use estimate if specific amount is not pleaded

Vaccination Date (vaccine cases only) N.A.

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

122 9/15/03