**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BRYCE F. LOCKWOOD, Plaintiff, | ) | |
| v. | ) | No. 06-543C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) | |

**<u>DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>**

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 58 days, to and including November 22, 2006, within which to respond to the complaint. Our response is now due on September 25, 2006. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that they will not oppose this request for an enlargement of time.

Defendant's counsel timely requested, pursuant to 28 U.S.C. § 520, that the appropriate agency provide him with a litigation report. However, due to unforeseen delays, agency counsel has not yet provided defendant's counsel with a litigation report. Upon receipt of the litigation report, defendant's counsel will require time to study it and determine the most appropriate response to the complaint. Therefore, we anticipate that at least an additional 58 days will be required to prepare our response.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

<u>/s/ Bryant G. Snee</u>
BRYANT G. SNEE
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

September 21, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on September 21, 2006, a copy of the foregoing “DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK