# In the United States Court of Federal Claims

| | | |
|---|---|---|
| BRYCE F. LOCKWOOD, Plaintiff, | * | |
| v. | * | No. 06-543C<br>Filed: September 25, 2006 |
| UNITED STATES, Defendant. | * | |

## O R D E R

The court is in receipt of the defendant's motion for an enlargement of time of 58 days, to and including November 22, 2006, within which to respond to the plaintiff's complaint. The court **GRANTS** the defendant's motion and **ORDERS** the defendant to file its response to the plaintiff's complaint on or before **Wednesday, November 22, 2006.** To discuss future proceedings in this case, the court **SCHEDULES** a status conference on **Wednesday, November 29, 2006, at 2:30 p.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 547-5129 and defendant's counsel at (202) 616-0170. Neither party shall file a motion for judgment upon the administrative record before the status conference is held. A motion to dismiss, however, may be filed in lieu of an answer.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**