**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BRYCE F. LOCKWOOD,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-543C<br>(Judge Horn) |

**<u>DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE</u>**

Defendant, the United States, respectfully requests that the Court reschedule the telephonic status conference currently scheduled for November 29, 2006, at 2:30 p.m. Defendant’s counsel has recently been informed that he is scheduled to be out of the office for another work-related obligation on November 29 and 30, 2006, and he will therefore not be able to participate in the status conference at the currently scheduled time. Defendant’s counsel has discussed this matter with plaintiff’s counsel, and plaintiff’s counsel has indicated that he will not oppose this request to reschedule the status conference.

Therefore, the defendant respectfully requests that the Court reschedule the November 29, 2006 telephonic status conference for a date and time convenient for the Court, so long as it is not scheduled for November 29 or 30, 2006. Defendant’s counsel, with the concurrence of plaintiff’s counsel, respectfully suggests that the status conference be rescheduled for November 28, 2006, at 2:30 p.m.

For the foregoing reasons, defendant requests that the Court grant this motion to reschedule the status conference.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

November 7, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on November 7, 2006, a copy of the foregoing “DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK