# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **BRYCE F. LOCKWOOD,** | |
| **Plaintiff,** | **No. 06-543C** |
| **v.** | **Filed: November 9, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's November 7, 2006, unopposed motion to reschedule the status conference previously set for November 29, 2006. After discussion with the parties, the court **GRANTS** defendant's motion, and **RESCHEDULES** the status conference for **Wednesday, December 6, 2006, at 10:30 a.m. EST** to discuss future proceedings in this case. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 547-5129 and defendant's counsel at (703) 472-7601. Neither party shall file a motion for judgment upon the administrative record before the status conference is held. A motion to dismiss, however, may be filed in lieu of an answer.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**