**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BRYCE F. LOCKWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-543C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 9 days, to and including December 1, 2006, within which to respond to the complaint. Our response is now due on November 22, 2006. This is our second request for an enlargement of time for this purpose; our first request for a 58-day extension was granted. Plaintiff's counsel has indicated that he will not oppose this request for an enlargement of time.

The defendant anticipates filing a motion to dismiss in this case and has prepared a draft of that motion. However, counsel for the defendant has not yet completed all internal review procedures and requests this short enlargement of time to ensure that the motion is properly vetted by the appropriate Department of Justice personnel before filing. To the extent possible, counsel for the defendant will file the motion, and deliver a courtesy copy to plaintiff's counsel, earlier than December 1 so that plaintiff's counsel will have more time to review the motion prior to the telephonic status conference currently scheduled for December 6, 2006.

For the foregoing reasons, the defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

November 22, 2006 Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on November 22, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK