# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * | * | |
| **BRYCE F. LOCKWOOD,** | * | |
| **Plaintiff,** | * | |
| | * | **No. 06-543C** |
| **v.** | * | **Filed: November 27, 2006** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

The court is in receipt of the defendant's November 21, 2006, unopposed motion for an enlargement of time of 9 days, to and including December 1, 2006, within which to file a motion to dismiss in response to the plaintiff's complaint. The court **GRANTS** the defendant's motion and **ORDERS** the defendant to file its motion to dismiss in response to the plaintiff's complaint on or before **Friday, December 1, 2006.**

The status conference previously **SCHEDULED** for **Wednesday, December 6, 2006, at 10:30 a.m. EST** remains unchanged by this enlargement of time. The parties shall consult prior to the conference, and be prepared to propose a briefing schedule for the government's anticipated motion to dismiss. Counsel for both parties may appear for the conference by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 547-5129, defendant's counsel at (202) 616-0170, and agency counsel at (202) 685-8389.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**