**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BRYCE F. LOCKWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-543C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD**

Pursuant to RCFC 6(b), defendant requests an enlargement of time of two days within which to file the administrative record for this case, to and including December 22, 2006. The administrative record is now due on December 20, 2006. This is our first request for an enlargement of time for this purpose. Counsel for the defendant has attempted to contact counsel for the plaintiff concerning this issue, but has been unable to reach him. Based on a message received from counsel for the plaintiff stating that counsel for the plaintiff is currently traveling between California and Washington, DC, counsel for the defendant does not believe he will be able to contact counsel for the plaintiff before this motion should be filed.

Counsel for the defendant has also been, and, until December 20, 2006, will be traveling between California and Washington, DC, to conduct discovery on another one of his cases. At the time the Court ordered the filing of the administrative record, counsel for the defendant did not anticipate that he would be traveling through December 20, 2006. However, however, issues with witness availability that arose last week require this travel in order to complete certain depositions in the other case. Counsel for the defendant has already copied and electronically scanned the five-volume administrative record; however, we require additional time, after counsel's travel is finished, to review those copies and scans to ensure that they are complete and that there are no technical issues that could complicate the filing process. Counsel for the defendant anticipates that he will be able to complete these tasks by the end of the week, December 22, 2006.

For the foregoing reasons, the defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

December 19, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on December 19, 2006, a copy of the foregoing “DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court’s system.

/s/ Devin A. Wolak
DEVIN A. WOLAK