## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BRYCE F. LOCKWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-543C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD

Pursuant to RCFC 6(b), defendant requests an enlargement of time of nine days within which to file the administrative record for this case, to and including December 29, 2006. The administrative record is now due on December 20, 2006. This is our second request for an enlargement of time for this purpose; our first request for a 2-day extension was made earlier this week, but, as of the filing of this motion, the Court has not ruled on that motion. Counsel for the defendant has discussed this enlargement with counsel for the plaintiff, and counsel for the plaintiff has indicated that he will not object to any extension to file the administrative record, so long as such extension does not exceed two weeks from December 20, 2006.

As stated in our previous motion for an enlargement of time, counsel for the defendant had been traveling to California and Oregon to conduct depositions in another case between December 11 and December 20, 2006. Upon his return to Washington, DC, counsel for the defendant reviewed the administrative record that had been prepared for filing in his absence and concluded that it was not ready to be filed. Since that time, counsel for the defendant has been working to prepare the administrative record for filing. As of the filing of this motion, the state of the 5-volume, 1832-page administrative record is as follows:

   (1)   the administrative record is a complete, certified copy of the record that was reviewed by the Board of Correction of Naval Records in the case of former GYSGT Bryce F. Lockwood, U.S.M.C., No. ███████ and each volume has a separate certification page;

   (2)   the administrative record has been paginated per the Court's December 7, 2006 Order, and the "AR" pages exactly match the pages assigned by the BCNR;

(3) the pages in the administrative record are as clear and legible as possible (there are copies of certain pages in the administrative record that are difficult to read, and the originals possessed by counsel for the defendant are no easier to read than the .pdf and hard copies prepared for the Court and plaintiff's counsel);

(4) the administrative record has been electronically scanned into .pdf format;

(5) the .pdf copy of the administrative record has been copied onto a CD-ROM for filing with the Clerk of the Court;

(6) an unindexed hard-copy of the administrative record is ready to be sent to plaintiff's counsel; and

(7) the certified copy of the BCNR's record does not contain an index of documents, but counsel for the defendant has prepared a "detailed, useful index" for approximately one-half of the administrative record;

Accordingly, except for a complete detailed index that is necessary to comply with the Court's December 7, 2006 Order, the administrative record in this case is essentially ready to be filed and served upon plaintiff's counsel. As of the time of this filing, however, it is clear that we will not be able to complete this index -- and thus not fully prepare the administrative record -- before the Clerk's office closes this evening. It appears that the index will exceed 350 separate entries, as most of the individual documents in the administrative record are between 1 and 5 pages long. Furthermore, many of the documents in the administrative records do not have obvious names, and the task of simply naming each document correctly is time-consuming. Counsel for the defendant is and has been working to fully prepare the administrative record for filing in accordance with the Court's Order, but because we have now entered the end-of-the-year holiday and use-or lose-annual-leave season, he has been unable to obtain any assistance with this task.

Counsel for the defendant does not have any pending deadlines next week and expects the office to be relatively quiet. He therefore anticipates a short enlargement of time through next Friday, December 29, 2006, will allow him sufficient time to complete a sufficiently detailed and useful index to the administrative record.

For the foregoing reasons, the defendant requests that the Court grant this motion for an enlargement of time. The defendant also recognizes that this motion is being filed either on the

day the administrative record is due, or two days after it is due, and apologizes for any inconvenience this may have caused.

                        Respectfully submitted,

                        PETER D. KEISLER
                        Assistant Attorney General

                        DAVID M. COHEN
                        Director

                        /s/ Bryant G. Snee
                        BRYANT G. SNEE
                        Assistant Director

                        /s/ Devin A. Wolak
                        DEVIN A. WOLAK
                        Trial Attorney
                        Commercial Litigation Branch
                        Civil Division
                        Department of Justice
                        1100 L St., N.W.
                        Attn: Classification Unit
                                8th Floor
                        Washington, D.C. 20530
                        Tel. (202) 616-0170
                        Fax. (202) 514-8624

December 22, 2006              Attorneys for Defendant

**CERTIFICATE OF FILING**

    I hereby certify that on December 22, 2006, a copy of the foregoing "DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                              /s/ Devin A. Wolak
                              DEVIN A. WOLAK