# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**BRYCE F. LOCKWOOD,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 06-543C**
**Filed: December 26, 2006**

## O R D E R

The court is in receipt of the defendant's December 22, 2006, unopposed, motion for an enlargement of time of nine days, to and including December 29, 2006, within which to file the administrative record in the above-captioned case. Defendant's motion is **GRANTED**. On or before **Friday, December 29, 2006**, defendant shall file the administrative record, with a single, courtesy, paper copy provided to chambers and a single, courtesy, paper copy provided to plaintiff's counsel. Both courtesy copies shall be received on or before **Friday, December 29, 2006**. The administrative record may be filed with the clerk's office in CD-ROM format, with a brief notice in the CM/ECF system of the filing. Defendant shall ensure that all pages in the administrative record are legible, are sequentially numbered from page one to the last page, that the portion of the administrative record reviewed by the Board for Correction of Naval Records is identified, and that a detailed, usable index of documents in the administrative record is enclosed. The remainder of the **SCHEDULE** in the court's order of December 7, 2006 is unchanged: On or before **Friday, January 5, 2007**, plaintiff shall review the administrative record, consult with defendant, and file a brief notice that the administrative record is complete, or shall propose any additions to the record, indicating whether or not the defendant is in agreement with the proposed additions. On or before **Friday, February 2, 2007**, the parties shall file a joint stipulation of facts, setting forth specific stipulations of agreed upon facts with appropriate citations to the administrative record. On or before **Friday, February 2, 2007**, the parties also shall file a joint statement of issues of law, to focus the issues to be briefed by the parties. On or before **Friday, February 16, 2007**, defendant shall file an opening brief in support of its motion to dismiss. On or before **Monday, April 16, 2007**, plaintiff shall file his response brief. On or before **Friday, April 27, 2007**, defendant shall file its reply brief. The parties shall indicate in their briefs whether oral argument is requested on the motion to dismiss.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**