**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BRYCE F. LOCKWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-543C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S THIRD MOTION FOR AN ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD**

Pursuant to RCFC 6(b), defendant requests an enlargement of time of five days within which to file the administrative record for this case, to and including January 3, 2007. The administrative record is now due on December 29, 2006. This is our third request for an enlargement of time for this purpose; our first request was superseded by our second request, which was granted by the Court. Counsel for the plaintiff previously indicated that he will not object to any extension to file the administrative record, so long as such extension does not exceed two weeks from December 20, 2006. This enlargement would be two weeks after that date.

As stated in our previous motion for an enlargement of time, counsel for the defendant has been working to compile and index the Board of Correction of Naval Records administrative record for this case, and has been doing that work without any assistance from support staff, as the majority of the support staff in his office are currently taking annual leave for the holidays. When he filed his second motion for an enlargement of time, counsel for the defendant regrettably underestimated his own technical prowess with respect to office machine technology, and he has since learned that he is not as proficient in producing multi-volume, tabbed, indexed, and bound appendices as he had originally believed. It is now apparent that counsel for the defendant will not be able to completely and accurately assemble the courtesy hard-copies of the administrative record so that they can be received by the Court and plaintiff's counsel prior to the close of business today. He will be able to complete it after the close of business today, but

not before.

For these reasons, the defendant requests that the Court grant this motion for an enlargement of time. The defendant apologizes for any inconvenience this may cause.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

December 29, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on December 29, 2006, a copy of the foregoing "DEFENDANT'S THIRD MOTION FOR AN ENLARGEMENT OF TIME TO FILE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK