IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BRYCE F. LOCKWOOD, )<br>                              )<br>        Plaintiff, )<br>                              )<br>       v. )<br>                              )<br>THE UNITED STATES, )<br>                              )<br>        Defendant. ) | No. 06-543C<br>(Judge Horn) |

## DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD

      Please take notice that, pursuant to this Court's December 7, 2006 Order (and subsequent amendments thereto), the defendant has filed a CD-ROM version of the administrative record for this case. The administrative record filed in this case is a complete, certified copy of the record that was reviewed by the Board of Correction of Naval Records in the case of former GYSGT Bryce F. Lockwood, U.S.M.C., No. 0▮▮▮▮▮▮▮▮

                                            Respectfully submitted,

                                            PETER D. KEISLER<br>
                                            Assistant Attorney General

                                            DAVID M. COHEN<br>
                                            Director

                                            /s/ Bryant G. Snee<br>
                                            BRYANT G. SNEE<br>
                                            Assistant Director

                                            /s/ Devin A. Wolak<br>
                                            DEVIN A. WOLAK<br>
                                            Trial Attorney<br>
                                            Commercial Litigation Branch<br>
                                            Civil Division<br>
                                            Department of Justice<br>
                                            1100 L St., N.W.<br>
                                            Attn: Classification Unit<br>
                                                  8th Floor<br>
                                            Washington, D.C. 20530<br>
                                            Tel. (202) 616-0170<br>
                                            Fax. (202) 514-8624

January 3, 2007                            Attorneys for Defendant

**CERTIFICATE OF FILING**

      I hereby certify that on January 3, 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                /s/ Devin A. Wolak
                DEVIN A. WOLAK