# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * *

BRYCE F. LOCKWOOD,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * *

**No. 06-543C**
**Filed: January 9, 2007**

## O R D E R

The administrative record in the above-captioned case was filed by the defendant on January 3, 2007, with the verbal permission of the court. As a result of the three extensions of time for the defendant to file the administrative record, the plaintiff has requested additional time, until February 15, 2007, to review the administrative record, which the court **PARTIALLY GRANTS.** On or before **Thursday, February 1, 2007**, plaintiff shall review the administrative record, consult with defendant as necessary, and file a brief notice that the administrative record is complete, or shall propose any additions to the record, indicating whether or not the defendant is in agreement with the proposed additions. Assuming no major changes to the administrative record, the court also amends the remainder of the schedule in the court's order of December 26, 2007, as follows. On or before **Thursday, March 1, 2007**, the parties shall file a joint stipulation of facts, setting forth specific stipulations of agreed upon facts with appropriate citations to the administrative record. On or before **Thursday, March 1, 2007**, the parties also shall file a joint statement of issues of law, to focus the issues to be briefed by the parties. On or before **Thursday, March 15, 2007**, defendant shall file an opening brief in support of its motion to dismiss. On or before **Tuesday, May 15, 2007**, plaintiff shall file his response brief. On or before **Friday, June 1, 2007**, defendant shall file its reply brief. The parties' briefs shall cite to the joint stipulation of facts and to the administrative record; shall explain all acronyms; shall include cited materials such as manuals, regulations and directives not easily found in an appendix to their briefs; and shall explain military personnel and disability concepts discussed in their briefs. The parties also shall indicate in their briefs whether oral argument is requested on the defendant's motion to dismiss. In the event major changes to the administrative record proposed by the defendant are necessary, the parties may seek to amend the schedule for good cause shown, otherwise the dates identified in this order will control.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**