# In The U.S. Court of Federal Claims

| | | |
|---|---|---|
| Bryce F. Lockwood | ) | |
| Plaintiff, | ) | |
| v. | ) | Docket 1:06-cv-00543 MBH |
| | ) | |
| United States | ) | |
| Defendant. | ) | |

Notice of Review of As Filed Administrative Record

Plaintiff, through his counsel gives notice that counsel has reviewed the Administrative Record, as filed. Counsel acknowledges that the documents filed by plaintiff are contained in the record as filed, and acknowledges that the record contains plaintiff's service and medical records and portions of his VA records. Plaintiff notes that there are multiple duplications of documents in the record and that some duplications do not in fact contain the entire document as originally filed. Plaintiff further notes that one document, the Affidavit and declaration of CAPT Kiepfer, MC, USN, has been separated from the exhibits tendered by Dr. Kiepfer, which exhibits were specifically incorporated by reference into Dr. Kiepfer's testimony. All such exhibits in fact appear in the record, but their import is adversely impacted by the general disarray and duplications of the record. Finally, plaintiff notes that certain documents in the "record" contain interlineations and notations that were not in fact in those documents, as filed.

Respectfully submitted,

William J. Kenney, Esq.
D.C. Bar No. 99267
Attorney for the Plaintiff
Bryce F. Lockwood

Certificate of Service

I, William J. Kenney, under pain of perjury declare that I have this 21 day of February served a copy of the notice of review of administrative record on the defendant's attorney of record by filing same in the court's electronic filing system.

William J. Kenney, Esq.