# In the United States Court of Federal Claims

| | |
|---|---|
| BRYCE F. LOCKWOOD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 06-543C<br>Filed: February 22, 2007 |

## O R D E R

The court is in receipt of the plaintiff's February 21, 2007 notice of his review of the administrative record submitted by the defendant, identifying a list of problems with the record. The record should reflect the documents, as they were examined by various agency reviewing authorities, and not pieces of the documents that were reviewed. The record also should be usable, and not a challenge to decipher. On or before **Friday, March 2, 2007**, defendant shall consult with plaintiff, and file a revised administrative record which resolves the matters identified by plaintiff. The revised administrative record may be filed with the clerk's office in CD-ROM format, with a brief notice in the CM/ECF system of the filing. Defendant shall provide chambers, and plaintiff, with a single, courtesy, paper copy of the revised administrative record. Defendant shall ensure that all pages in the revised administrative record are legible, are sequentially numbered from page one to the last page, that the portions of the revised administrative record reviewed by the Board for Correction of Naval Records and any other reviewing authorities are specifically identified, and that a detailed, usable index of documents in the revised administrative record is included on both the CD-ROM and hard copy.

The previously established schedule in this case remains unchanged. On or before **Thursday, March 15, 2007**, the parties shall file a joint stipulation of facts, setting forth specific stipulations of agreed upon facts with appropriate citations to the administrative record. On or before **Thursday, March 15, 2007**, the parties also shall file a joint statement of issues of law, to focus the issues to be briefed by the parties. On or before **Friday, April 6, 2007**, defendant shall file an opening brief in support of its motion to dismiss. On or before **Monday, May 21, 2007**, plaintiff shall file his response brief. On or before **Friday, June 1, 2007**, defendant shall file its reply brief. The parties' briefs shall cite to the joint stipulation of facts and to the revised administrative record; shall explain all acronyms; shall include cited materials such as manuals, regulations and directives not easily found in an appendix to their briefs; and shall explain military personnel and disability concepts discussed in their briefs. The parties also shall indicate in their briefs whether oral argument is requested on the defendant's motion to dismiss.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**