IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BRYCE F. LOCKWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-543C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE REGARDING ADMINISTRATIVE RECORD

In response to the Court's February 22, 2007 Order, the defendant respectfully states:

(1)     The Administrative Record, as filed on January 3, 2007, is a certified copy of the administrative file reviewed by the Board of Correction of Naval Records ("BCNR") in the case of former GYSGT Bryce F. Lockwood, U.S.M.C., No. ▮▮▮▮▮▮▮▮.  There have been only two alterations made to the certified copy sent to counsel for the defendant by the BCNR: (a) pursuant to this Court's order, counsel for the defendant prepared an index of the documents in the Administrative Record; and (b) counsel for the defendant affixed bolder, darker page numbers to each page of the Administrative Record because the Bates-style numbers affixed by the BCNR appeared difficult to read.

(2)     Counsel for the defendant has conferred with counsel for the plaintiff and both parties agree that they do not wish to make any alterations to the Administrative Record that has already been filed.  Counsel for the defendant acknowledges that the record appears to be in less-than-pristine order, but the defendant must rely upon the certification of the BCNR that this record, complete with duplicated pages and apparently repetitive entries, is the full and accurate record reviewed by the board when considering Mr. Lockwood's case below.

The defendant, with the concurrence of counsel for the plaintiff, respectfully requests that this case proceed under the current Scheduling Order using the Administrative Record as filed on January 3, 2007.

                                                  Respectfully submitted,

                                                  PETER D. KEISLER
                                                  Assistant Attorney General

                                                  JEANNE E. DAVIDSON
                                                  Director

                                                  <u>/s/ Bryant G. Snee</u>
                                                  BRYANT G. SNEE
                                                  Deputy Director

                                                  <u>/s/ Devin A. Wolak</u>
                                                  DEVIN A. WOLAK
                                                  Trial Attorney
                                                  Commercial Litigation Branch
                                                  Civil Division
                                                  Department of Justice
                                                  1100 L St., N.W.
                                                  Attn: Classification Unit
                                                         8th Floor
                                                  Washington, D.C. 20530
                                                  Tel. (202) 616-0170
                                                  Fax. (202) 514-8624

March 2, 2007                            Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on March 2, 2007, a copy of the foregoing "DEFENDANT'S NOTICE REGARDING ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK