# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**BRYCE F. LOCKWOOD,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 06-543C**
**Filed: March 15, 2007**

**O R D E R**

The parties called chambers to request an enlargement of time of two weeks, to and including March 29, 2007, within which to file their joint stipulation of facts. The parties' joint motion is **GRANTED**. On or before **Thursday, March 29, 2007**, the parties shall file a joint stipulation of facts, setting forth specific stipulations of agreed upon facts with appropriate citations to the administrative record. On or before **Thursday, March 29, 2007**, the parties also shall file a joint statement of issues of law, to focus the issues to be briefed by the parties. As a result of this enlargement, on or before **Friday, April 20, 2007**, defendant shall file its opening brief in support of its motion to dismiss. The remainder of the briefing schedule remains unchanged. On or before **Monday, May 21, 2007**, plaintiff shall file his response brief. On or before **Friday, June 1, 2007**, defendant shall file its reply brief. The parties' briefs shall cite to the joint stipulation of facts and to the administrative record; shall explain all acronyms; shall include cited materials such as manuals, regulations and directives not easily found in an appendix to their briefs; and shall explain military personnel and disability concepts discussed in their briefs. The parties also shall indicate in their briefs whether oral argument is requested on the defendant's motion to dismiss.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**