# In the United States Court of Federal Claims

| | |
|---|---|
| **BRYCE F. LOCKWOOD,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 06-543C**<br>**Filed: April 20, 2007** |

## O R D E R

Defendant has orally requested an unopposed enlargement of time, to and including May 4, 2007, within which to file the joint stipulation of facts, and the opening brief on its motion to dismiss. Defendant's motion is **GRANTED**. On or before **Friday, May 4, 2007**, the joint stipulation of facts, and defendant's opening brief, shall be filed. On or before **Friday, May 4, 2007**, the parties also shall file a joint statement of issues of law, to focus the issues being briefed. Given the amount of time during which the plaintiff and defendant have been working on and reviewing this case, and as a result of this enlargement, the parties will observe the following new **SCHEDULE**: On or before **Wednesday, May 30, 2007**, plaintiff shall file his response brief. On or before **Wednesday, June 6, 2007**, defendant shall file its reply brief. The joint stipulation of facts shall be comprehensive, and shall set forth specific stipulations of agreed upon facts, with appropriate citations to the administrative record. The parties' briefs shall cite, specifically, to the joint stipulation of facts and to the administrative record; shall explain all acronyms; shall include cited materials such as manuals, regulations and directives not readily available, in an appendix to their briefs; and shall explain all military personnel and disability concepts discussed in their briefs. The parties also shall indicate in their briefs whether or not oral argument is requested on the defendant's motion to dismiss.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**