# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *
BRYCE F. LOCKWOOD,

Plaintiff,

v.

UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * *

**No. 06-543C**
**Filed: May 11, 2007**

## O R D E R

The parties orally requested an amendment of the briefing schedule, proposing that the joint stipulation of facts and defendant's opening brief on its motion to dismiss be filed by May 25, 2007, plaintiff's response brief be filed by June 29, 2007, and defendant's reply brief be filed by July 13, 2007. Due to prior enlargements, the parties' current request to amend the schedule is **PARTIALLY GRANTED**. On or before **Wednesday, May 23, 2007**, defendant shall file the joint stipulation of facts, a joint statement of issues of law, and its opening brief on its motion to dismiss. On or before **Monday, June 18, 2007**, plaintiff shall file his response brief. On or before **Wednesday, June 27, 2007**, defendant shall file its reply brief. The parties' briefs shall cite to the joint stipulation of facts and to the administrative record by specific page and paragraph number. The parties also shall indicate in their briefs whether or not oral argument is requested on the defendant's motion to dismiss.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**