# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **BRYCE F. LOCKWOOD,** | |
| **Plaintiff,** | **No. 06-543C** |
| **v.** | **Filed: June 21, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

A status conference was held in the above-captioned case on June 20, 2007. At the conference, the court addressed the parties' failure to comply with the schedule set in this court's last order, dated May 11, 2007. Several prior enlargements had been granted by the court, nevertheless, the parties' request to again amend the schedule was partially granted in the May 11, 2007 order. Without leave or notice to the court, the parties failed to file the joint stipulation of facts, a joint statement of issues of law, and the defendant's counsel failed to file its opening brief on its motion to dismiss on or before Wednesday, May 23, 2007, as directed in the May 11, 2007 order. Likewise, plaintiff's counsel, similarly, without leave or notice to the court, failed to file his response brief or contact the court on or before Monday, June 18, 2007, as directed in the court's May 11, 2007 order.

It should be noted that the complaint was filed on July 27, 2006, and the administrative record was filed on January 3, 2007. Given the amount of time since the complaint in this case was filed, counsel for the plaintiff and defendant should have been working actively on and formulating positions in this case. Therefore, during a brief telephonic conference with the court on Wednesday, June 20, 2007, the parties were **ORDERED** to observe the following new **SCHEDULE**: On or before **Friday, June 22, 2007, 10:00 a.m. EDT**, defendant shall file the joint stipulation of facts, a joint statement of issues of law, and the opening brief on its motion to dismiss. Based on representations by counsel, the court recognizes that the parties have indicated that their joint submissions may be insubstantial. On or before **Tuesday, July 3, 2007, 10:00 a.m. EDT**, plaintiff shall file his response brief. On or before **Friday, July 6, 2007, 10:00 a.m. EDT**, defendant shall file its reply brief. The parties' briefs shall cite to the joint stipulation of facts and to the administrative record by specific page and paragraph number.

Furthermore, oral argument on the defendant's motion to dismiss is **SCHEDULED** for **Thursday, July 12, 2007, 10:00 a.m. EDT**, at the Howard T. Markey

National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Both parties shall appear in person. The courtroom number will be posted on the day of the hearing. The parties shall be prepared to address all issues in the case.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**