**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BRYCE F. LOCKWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-543C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATEMENT OF ISSUE**

Pursuant to the Court's December 7, 2006 Scheduling Order, as amended from time to time, the parties submit the following Joint Statement Of Issue upon the defendant's Motion To Dismiss.

**JOINT ISSUE**

Whether the Court lacks jurisdiction to entertain Lockwood's claim because it is barred by the statute of limitations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s/ William J. Kenney
WILLIAM J. KENNEY, Esq.
HART/HTC
600 Pennsylvania Avenue, S.E.
Suite 105
Washington, D.C. 20003
Tel. (202) 547-5129
Fax. (202) 547-8311

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit

8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

Attorneys for Defendant

Attorney for the Plaintiff

June 22, 2007

**CERTIFICATE OF FILING**

I hereby certify that on June 22, 2007, a copy of the foregoing "Join Statement of Issue" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK